# IN THE UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ROBERT W. GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.  CIV-19-87-SLP |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties have reached a settlement agreement in this case and the settlement process is complete. Pursuant to Fed. R. Civ. P. 41(a) and the parties' settlement agreement, Plaintiff Robert W. Green, hereby stipulates that this action, including all claims asserted therein, is dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Date:  May 1, 2020

                                              Respectfully submitted,

                                              RAM LAW

                                              *s/Peter J. Ram*
                                              Peter J. Ram, OBA #16780
                                              1001 NW 63rd St., Suite 280
                                              Oklahoma City, OK 73116
                                              Email: pjr@pjramlaw.com
                                              Phone: (405) 848-5088
                                              Fax: (405) 840-7703
                                              Attorney for Plaintiff

## CERTIFICATE OF ELECTRONIC SERVICE

☑   I hereby certify that on May 1, 2020, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing.  Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following:

    Kay Sewell
    Assistant U.S. Attorney
    Western District of Oklahoma
    210 Park Ave., Suite 400
    Oklahoma City, OK 73102
    Email: kay.sewell@usdoj.gov

    Attorneys for Defendant

                                        /s/ Peter J. Ram
                                        Peter J. Ram